EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2026 TSPR 34 |
| Aprobación de Cambio de Estatus Inactivo de febrero de 2026 | 218 DPR ___ |

Número del Caso:  EM-2026-0004

Fecha:  31 de marzo de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de febrero de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Ex Parte:<br><br>Aprobación de Cambio de Estatus<br>Inactivo de febrero de 2026 | EM-2026-0004 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de marzo de 2026.

Durante el periodo de febrero de 2026, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Manuel Rivera Méndez | 3,742 |
| Carlos O. Souffront | 4,173 |
| Víctor Amador Meléndez | 4,883 |
| Carmen I. Navas Orsini | 4,989 |
| Gabriel I. Peñagarícano Soler | 5,057 |
| Milagros Montes Crespo | 5,701 |
| Manuel E. Miranda Rivera | 6,352 |
| Milagros Rivera Torres | 7,155 |
| Claribel Díaz Cortés | 7,495 |
| Candida Antonia Gutiérrez Pagán | 8,294 |
| Sandra E. González Maldonado | 9,134 |
| Luis J. Acevedo Bengoechea | 10,292 |

Emily Darice Dávila Rivera          12,410

Jesús G. Román Padilla              12,507

Brendalys Roa Mercado               18,027

Imari Martínez Ramos                21,438

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo